

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-15-00155-CV

DIANE V. WADE, APPELLANT

V.

DAVID'S LANDSCAPING AND
DAVID'S LANDSCAPING, INC., APPELLEES

On Appeal from the 419th District Court
Travis County, Texas
Trial Court No. D-1-GN-13-004070, Honorable Amy Clark Meachum, Presiding

August 11, 2015

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

Appellant Diane V. Wade filed notice of appeal before a final judgment was signed in the case. On June 11, 2015, the Court issued an Order and Notice of Intent to Dismiss for Want of Jurisdiction that provided the parties and the trial court the opportunity to file a final judgment. *Wade v. David's Landscaping*, No. 07-15-00155-CV, 2015 Tex. App. LEXIS 8307 (Tex. App.—Amarillo June 11, 2015) (per curiam order). The order noted the Court's willingness to allow a reasonable time for the trial

court to sign a final judgment, but notified the parties that we would dismiss the appeal for want of jurisdiction unless a supplemental record containing a final judgment was filed with the Court by July 23, 2015. No supplemental record has been filed and there still is no final judgment before the Court. Accordingly, the appeal is dismissed for want of jurisdiction. TEX. R. APP. P. 42.3(a).


                                                     James T. Campbell
                                                        Justice